JOHN FRANCIS FOSTER v. CAROLINA POWER & LIGHT COMPANY (ORIGINAL PARTY DEFENDANT) AND M. B. HAYNES AND COAL OPERATORS CASUALTY COMPANY (ADDITIONAL PARTIES DEFENDANT).

(Filed 21 September, 1949.)

APPEAL by plaintiff and defendant Carolina Power & Light Company from *Moore, J.,* at January Term, 1949, of HAYWOOD.

*Smith, Leach & Anderson; Jones & Ward and John C. Joyner for plaintiff.*

*R. F. Phillips; Robinson & Morgan and A. Y. Arledge for Carolina Power & Light Company.*

*J. W. Haynes for M. B. Haynes.*

*Smith, Leach & Anderson for Coal Operators Casualty Company.*

PER CURIAM. This is a civil action to recover for personal injuries. The legal questions involved in this appeal are identical with those in the case of *Eledge, Administratrix, v. Carolina Power & Light Company, ante,* 584, and the ruling of the court below is upheld for the reasons stated therein.

Plaintiff's appeal—Affirmed.

Defendant's appeal—Affirmed.